Case 4:25-cv-03754   Document 16   Filed on 11/06/25 in TXSD   Page 1 of 7

United States District Court
Southern District of Texas
**ENTERED**
November 06, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § | Case No. 24-90213 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |
| COMMONWEALTH OF MASSACHUSETTS, | § | Case No. 25-03754 |
| | § | |
| Appellant, | § | |
| | § | |
| TRACO INTERNATIONAL GROUP S. DE R.L., | § | Case No. 25-03757 |
| | § | |
| Appellant, | § | |
| | § | |
| DR. MANISHA PUROHIT, *et al.*, | § | Case No. 25-03830 |
| | § | |
| Appellants, | § | |
| | § | |
| DR. MANISHA PUROHIT, *et al.*, | § | Case No. 25-03824 |
| | § | |
| Appellants, | § | |

**STIPULATION AND ORDER**

Appellees Monica Blacker, Alan J. Carr, and William Transier, in their capacity as sole members of the Plan Administrator Committee, as trustee of the Plan Trust, successor in interest to Steward Health Care System LLC and its affiliated Debtors (the "**Appellees**") and Appellants The Commonwealth of Massachusetts, TRACO International Group S. de R.L., and the Participants (together, the "**Appellants**") hereby stipulate and agree as follows:

WHEREAS, on October 3, 2025, notices of docketing of appeals under Bankruptcy Rule 8018 were entered in the above-captioned appeals (Case No. 25-03754, Docket No. 13; Case No. 25-03757, Docket No. 4; Case No. 25-03830, Docket No. 4; Case No. 25-03824, Docket No. 3) (the "**Notices**");

WHEREAS, according to the Notices, the briefing schedule in each of the above-captioned appeals is the following:

1. The appellant's brief must be filed within 30 days after entry of this notice.

2. The appellee's brief must be filed within 30 days after service of the appellant's brief.

3. The appellant may file a reply brief within 14 days after service of the appellee's brief, but a reply brief must be filed at least 7 days before scheduled argument.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is: 2811 McKinney Avenue, Suite 300, Dallas, Texas 75204. The Plan Trust, the successor in interest to Steward Health Care System LLC and its affiliated Debtors, was formed on August 27, 2025. See Bankr. Doc. No. 5955.

WHEREAS, on August 4, 2025, the Court ordered three other related appeals docketed under Case Nos. 25-02825, 25-02829, and 25-02901 (the "**Settlement Appeal**") to be consolidated (Case No. 25-02825, Docket No. 5);

WHEREAS, on August 19, 2025, the Court abated briefing deadlines in the Settlement Appeal (Case No. 25-02825, Docket No. 19);

WHEREAS, in light of ongoing discussions between certain of the parties, the parties have agreed to an updated briefing schedule extending the current briefing deadlines by sixty (60) days, provided that the parties retain the ability to seek further extensions;

THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel of record, and subject to the approval of the Court, to the following briefing schedule in all of the above-captioned appeals, subject to each party's ability to seek further extensions:

1. The deadline for Appellants to file their briefs shall be January 2, 2026;

2. The deadline for Appellees to file their briefs shall be February 2, 2026;

3. The deadline for Appellants to file a reply brief shall be February 16, 2026;

4. The parties may request further 30-day extensions of the above schedule, subject to further order(s) of the Court;

5. The pending motion to consolidate and certify (Docket No. 2) will remain open and *sub judice*; and

6. The pending motion to dismiss the Settlement Appeal (Case No. 25-02825, Docket No. 22) will remain open and *sub judice* once it is fully briefed.

**IT IS SO ORDERED:**

Dated: November 06, 2025

_____
HON. GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

**STIPULATED TO AND APPROVED BY:**

Dated: November 5, 2025

 /s/  Clifford W. Carlson
WEIL, GOTSHAL & MANGES LLP
Clifford W. Carlson (24090024)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Clifford.Carlson@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Jeffrey D. Saferstein (*pro hac vice* forthcoming)
Gregory Silbert (*pro hac vice* forthcoming)
Robert S. Berezin (*pro hac vice* forthcoming)
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:   Jeffrey.Saferstein@weil.com
             Greg.Silbert@weil.com
             Robert.Berezin@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
David J. Cohen (*pro hac vice* forthcoming)
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone:  (305) 577-3100
Facsimile:  (305) 374-7159
Email:  DavidJ.Cohen@weil.com

*Attorneys for Appellees*

 /s/  Hugh M. McDonald
Hugh M. McDonald (Bar No. NY2420974)
Special Assistant Attorney General
Andrew M. Troop (Bar No. MA547179)
Special Assistant Attorney General

PILLSBURY WINTHROP SHAW PITTMAN LLP
Andrew V. Alfano (Bar No. NY5525241)
31 West 52nd Street
New York, NY 10019
Tel: 212-858-1000
Fax: 212-858-1500

William D. Wood (Bar No. 21916500)
L. James Dickinson (Bar No. 24105805)
609 Main Street, Suite 2000
Houston, TX 77002
Tel: 713-276-7600
Fax: 713-276-7673

*Attorneys for the Commonwealth of Massachusetts*

STEPTOE LLP
 /s/  Timothy Walsh
Timothy Walsh
Michele Jacobson
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 957-3085
Email:   twwalsh@steptoe.com
             mjacobson@steptoe.com

*Attorneys for TRACO International Group S. de R.L.*

VERRILL DANA LLP
_/s/  Robert J. Keach_
Robert J. Keach
Lindsay K. Milne
Letson D. Boots
One Portland Square, 10th Floor

Portland, ME 04101
Telephone: (207) 774-4000
Email: rkeach@verrill-law.com
       lmilne@verrill-law.com
       lboots@verrill-law.com

- and -

DIAMOND MCCARTHY, LLP
Allan B. Diamond, Esq.
Christopher D. Johnson, Esq.
909 Fannin Street, 37th Floor
Houston, TX 77010
Telephone: (713) 333-5100
Email:
    allan.diamond@diamondmccarthy.com
    chris.johnson@diamondmccarthy.com

*Attorneys for Dr. Manisha Purohit, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2025 a true and correct copy of the foregoing was electronically served on all parties registered to receive electronic notice in this case pursuant to the Court's CM/ECF filing system.

                                                /s/    *Clifford W. Carlson*
                                                Clifford W. Carlson