# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: <br><br> STEWARD HEALTH CARE SYSTEM LLC, *et al.*, <br><br>     Debtors. | § § § § § § § | Chapter 11 <br><br> Case No. 24-90123 (CML) <br><br> (Jointly Administered) |
| THE COMMONWEALTH OF MASSACHUSETTS, <br><br>     Appellant, | § § § § | Civil Action No. 25-cv-03754 |
| TRACO INTERNATIONAL GROUP S. DE R.L., <br><br>     Appellant, | § § § § | Civil Action No. 25-cv-03757 |
| KEVIN M. EPSTEIN, THE UNITED STATES TRUSTEE FOR REGION 7 <br><br>     Appellant, | § § § § | Civil Action No. 25-cv-03755 |
| DR. MANISHA PUROHIT, *et al.*, <br><br>     Appellant, | § § § § | Civil Action No. 25-cv-03824 |
| DR. MANISHA PUROHIT, *et al.*, <br><br>     Appellant, | § § § § | Civil Action No. 25-cv-03830 |

**STIPULATION AND [PROPOSED] ORDER**

Appellees Monica Blacker, Alan J. Carr, and William Transier, in their capacity as sole members of the Plan Administrator Committee, as trustee of the Plan Trust, successor in interest to Steward Health Care System LLC and its affiliated Debtors (the "**Appellees**") and Appellants the Commonwealth of Massachusetts (the "**Commonwealth**"), TRACO International Group S. de R.L. ("**TRACO**"), Drs. Manisha Purohit, Diane Paggioli, James Thomas, Thomas Ross, Michael Regan, Peter Lydon, Sridhar Ganda, A. Ana Beesen, Benoy Zachariah, Barry Arkin, Bruce Kriegel, Gary Miller, Jennifer Skolnick, Stephen McElroy, Robert Dart, Robert Lowenstein, and Irina Kogan for themselves and other participants in and beneficiaries of certain of the Debtors' deferred compensation plans (collectively the "**Participants**"), and Kevin M. Epstein, the United States Trustee for Region 7 (the "**UST**," and together with the Commonwealth, TRACO, and the Participants, the "**Appellants**") hereby stipulate and agree as follows:

WHEREAS, on November 6, 2025, the Court entered an order [Civil Action No. 24-03754, Docket No. 16] modifying the briefing schedules in Civil Action Nos. 25-03754, 25-03757, 25-03824, and 25-03830;

WHEREAS, on November 25, 2025, the UST filed an unopposed motion [Civil Action No. 24-03755, Docket No. 10] to modify the briefing schedule in Civil Action No. 25-cv-03755, consistent with the modified briefing schedules in Civil Action Nos. 25-03754, 25-03757, 25-03824, and 25-03830;

WHEREAS, on December 31, 2025, the Appellees filed a Stipulation and Consent Order [Civil Action No. 24-03754, Docket No. 17] regarding mediation between the Plan Trust and the Commonwealth (the "**Mediation**") and requiring the Commonwealth and the Plan Trust to file a joint notice (the "**Mediation Notice**") stating the outcome of the Mediation within 14 days of the mediation Termination Date (as defined in the Stipulation and Consent Order); and

4936-6163-0853

WHEREAS, the Appellees and Appellants agree that abating the merits briefing schedules for the above-captioned appeals pending filing of the Mediation Notice will better focus briefing, particularly if a resolution is reached in the Mediation.

Now, therefore, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel of record, and subject to the approval of the Court, as follows:

1. All merits briefing deadlines in the above-captioned appeals as set forth in the Scheduling Order are abated for sixty (60) days, subject to further extensions as may be approved by the Court. Appellants' briefs in the Confirmation Appeal shall be due on March 3, 2026, unless otherwise ordered by the Court.

2. The pending (i) Debtors' motion to dismiss the related settlement appeals as moot [Civil Action No. 25-02825, Docket No. 22] and (ii) Commonwealth, TRACO, and the Participants' joint motion to consolidate and certify appeals [Civil Action No. 25-03754, Docket No. 2] both remain *sub judice* and may be decided by the Court with or without oral argument notwithstanding the abatement of briefing deadlines provided in this Order.

3. The Court retains jurisdiction in connection with this Order and all matters related thereto.

IT IS SO ORDERED:

Dated: _____

                                                      _____
HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

STIPULATED AND AGREED BY:

Dated: December 31, 2025

| *SHC PLAN ADMINISTRATOR TRUST* | *THE COMMONWEALTH OF MASSACHUSETTS* |
|---|---|
| By: */s/ Clifford W. Carlson*<br>WEIL, GOTSHAL & MANGES LLP<br>Clifford W. Carlson (Bar No. 24090024)<br>700 Louisiana Street, Suite 3700<br>Houston, Texas 77002<br>Telephone: (713) 546-5000<br>Facsimile: (713) 224-9511<br>Email:    Clifford.Carlson@weil.com<br><br>Jeffrey D. Saferstein (*pro hac vice* forthcoming)<br>Gregory Silbert (*pro hac vice* forthcoming)<br>Robert S. Berezin (*pro hac vice* forthcoming)<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Email:    Jeffrey.Saferstein@weil.com<br>           Greg.Silbert@weil.com<br>           Robert.Berezin@weil.com<br><br>David J. Cohen (*pro hac vice* forthcoming)<br>1395 Brickell Avenue, Suite 1200<br>Miami, Florida 33131<br>Telephone: (305) 577-3100<br>Facsimile: (305) 374-7159<br>Email:    DavidJ.Cohen@weil.com | By its attorney,<br><br>ANDREA JOY CAMPBELL<br>ATTORNEY GENERAL<br><br>By: */s/ Hugh M. McDonald*<br>Hugh M. McDonald (NY Bar No. NY2420974, S.D. Tex. Fed. No. 924315)<br>Special Assistant Attorney General<br>Andrew M. Troop (MA Bar No. MA547179, S.D. Tex. Fed. No. 3089813)<br>Special Assistant Attorney General<br><br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br><br>Andrew V. Alfano (NY Bar No. NY5525241, S.D. Tex. Fed. No. 3879712)<br>31 West 52nd Street<br>New York, NY 10019<br>Tel: 212-858-1000<br>Fax: 212-858-1500<br><br>William D. Wood (Tex. Bar No. 21916500, S.D. Tex. Fed. No. 2002)<br>L. James Dickinson (Tex. Bar No. 24105805, S.D. Tex. Fed. No. 3611267)<br>609 Main Street, Suite 2000<br>Houston, TX 77002<br>Tel: 713-276-7600<br>Fax: 713-276-7673 |

*DRS. MANISHA PUROHIT, DIANE PAGGIOLI, JAMES THOMAS, THOMAS ROSS, MICHAEL REGAN, PETER LYDON, SRIDHAR GANDA, A. ANA BEESEN, BENOY ZACHARIAH, BARRY ARKIN, BRUCE KRIEGEL, GARY MILLER, JENNIFER SKOLNICK, STEPHEN MCELROY, ROBERT DART, ROBERT LOWENSTEIN, AND IRINA KOGAN FOR THEMSELVES AND OTHER PARTICIPANTS IN AND BENEFICIARIES OF CERTAIN OF THE DEBTORS' DEFERRED COMPENSATION PLANS*

By: */s/ Robert J. Keach*
VERRILL DANA LLP
Robert J. Keach
Lindsay K. Milne
Letson D. Boots
One Portland Square, 10th Floor
Portland, ME 04101
Telephone: (207) 774-4000
Email: rkeach@verrill-law.com
   lmilne@verrill-law.com
   lboots@verrill-law.com

- and -

DIAMOND MCCARTHY, LLP
Allan B. Diamond, Esq.
Christopher D. Johnson, Esq.
909 Fannin Street, 37th Floor
Houston, TX 77010
Telephone: (713) 333-5100
Email:allan.diamond@diamondmccarthy.com
   chris.johnson@diamondmccarthy.com

*TRACO INTERNATIONAL GROUP S. DE R.L.*

By: */s/ Timothy Walsh*
STEPTOE LLP
Timothy Walsh
Michele Jacobson
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 957-3085
Email: twwalsh@steptoe.com
   mjacobson@steptoe.com

*KEVIN M. EPSTEIN, THE UNITED STATES TRUSTEE FOR REGION 7*

By: */s/ Sumi Sakata*
Sumi Sakata
Trial Attorney
Department of Justice
Executive Office for United States Trustees
441 G St., NW, Suite 6150
Washington, DC 20530
Tel: (202) 307-1399
Fax: (202) 307-2397
sumi.sakata@usdoj.gov
D.C. Bar No. 1019220
S.D. Tex. Fed. No. 2743902

5

4936-6163-0853