# EXHIBIT A

| | |
|---|---|
| **From:** | Harmeyer, Andrew |
| **To:** | McDonald, Hugh M.; Debold, Abigail; Carty, Andrew M.; Troop, Andrew M.; Alfano, Andrew V.; Wood, Willie; Dickinson, L. James |
| **Cc:** | Cohen, David J.; Carlson, Clifford; Saferstein, Jeffrey; Silbert, Greg; Berezin, Robert; Mark Kronfeld; Nathan Smith; Moses, Adam; Price, Michael; Kinney, Brian; Lowe, Brett; Vora, Samir |
| **Subject:** | Re: Steward - Mediation [Subject to FRE 408] |
| **Date:** | Friday, January 23, 2026 8:20:39 PM |

Hugh,

We disagree with your contentions and hope that you will change your position, but otherwise we intend to seek relief from the Court in short order.

We remain puzzled by your opposition to the FILO Secured Parties' participation in mediation encompassing the FILO Settlement, which was negotiated to resolve our client's lift stay demand—making them an indispensable party to it. If the Commonwealth's intention truly is to engage in good faith negotiation regarding its appeal of the FILO Settlement, you should encourage our client's participation (not groundlessly oppose it) as the FILO Settlement cannot be modified without their consent. All parties that are necessary to negotiate a settlement should attend the mediation; the mediation process plainly cannot be effective otherwise.

The Litigation Trustee cannot simply stand in the FILO Secured Parties' stead at the mediation (as you suggested), either. The Litigation Trustee is a fiduciary to all of the Litigation Trust's beneficiaries, collectively, and is not charged with advocating solely for the FILO Secured Parties' interests. The Litigation Trustee also lacks authority to renegotiate the FILO Settlement, the terms of which are binding on the Litigation Trustee through their incorporation into the Litigation Trust Agreement. For the FILO Secured Parties to be adequately represented in the mediation, they must be a direct party to it.

Lastly, we disagree with your suggestion that Judge Harner is not capable of handling the addition of a single additional party to the mediation. Judge Harner is highly qualified and experienced, and we highly doubt that she would (in your words) be "overwhelmed" by our client's participation. If Judge Harner ever believes it to be necessary, she could always implement procedures to streamline the mediation process (e.g., by limiting the page length of written submissions).

Please let us know as soon as possible if you have changed your position.

Andrew

---

**From:** McDonald, Hugh M. <hugh.mcdonald@pillsburylaw.com>

**Sent:** Wednesday, January 14, 2026 1:53:02 PM
**To:** Debold, Abigail <adebold@milbank.com>; Carty, Andrew M. <ACarty@brownrudnick.com>; Troop, Andrew M. <andrew.troop@pillsburylaw.com>; Alfano, Andrew V. <andrew.alfano@pillsburylaw.com>; Wood, Willie <william.wood@pillsburylaw.com>; Dickinson, L. James <james.dickinson@pillsburylaw.com>
**Cc:** Cohen, David J. <davidj.cohen@weil.com>; Carlson, Clifford <clifford.carlson@weil.com>; Saferstein, Jeffrey <jeffrey.saferstein@weil.com>; Silbert, Greg <greg.silbert@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Mark Kronfeld <mkronfeld@provincefirm.com>; Nathan Smith <nsmith@provincefirm.com>; Moses, Adam <AMoses@milbank.com>; Price, Michael <MPrice@milbank.com>; Harmeyer, Andrew <AHarmeyer@milbank.com>; Kinney, Brian <BKinney@milbank.com>; Lowe, Brett <BLowe@milbank.com>
**Subject:** [EXT] RE: Steward - Mediation [Subject to FRE 408]

Abby,

We believe that the interests of the FILO Class A interest holders are adequately represented by the litigation trust. We assume that the trust will consult with the interest holders during the course of the mediation. Also, we do not want to overwhelm the mediator with multiple statements and parties.

Regards,

Hugh

---

**From:** Debold, Abigail <adebold@milbank.com>
**Sent:** Tuesday, January 13, 2026 10:11 PM
**To:** McDonald, Hugh M. <hugh.mcdonald@pillsburylaw.com>; Carty, Andrew M. <ACarty@brownrudnick.com>; Troop, Andrew M. <andrew.troop@pillsburylaw.com>; Alfano, Andrew V. <andrew.alfano@pillsburylaw.com>; Wood, Willie <william.wood@pillsburylaw.com>; Dickinson, L. James <james.dickinson@pillsburylaw.com>
**Cc:** Cohen, David J. <davidj.cohen@weil.com>; Carlson, Clifford <clifford.carlson@weil.com>; Saferstein, Jeffrey <jeffrey.saferstein@weil.com>; Silbert, Greg <greg.silbert@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Mark Kronfeld <mkronfeld@provincefirm.com>; Nathan Smith <nsmith@provincefirm.com>; Moses, Adam <AMoses@milbank.com>; Price, Michael <MPrice@milbank.com>; Harmeyer, Andrew <AHarmeyer@milbank.com>; Kinney, Brian <BKinney@milbank.com>; Lowe, Brett <BLowe@milbank.com>
**Subject:** RE: Steward - Mediation [Subject to FRE 408]

Hugh,

We heard secondhand today that Massachusetts does not consent to the FILO Secured Parties' participation in the proposed mediation with Judge Harner, although we have not yet heard back from you directly on our request. Please let us know **by 5pm ET tomorrow (Wednesday)** if this

accurately reflects your client's position. We believe that the FILO Secured Parties have a unique interest in the mediation, including with respect to the appeal of the FILO Settlement and any potential resolution thereof. As such, we intend to file a request for participation with the Court if Massachusetts is unwilling to consent in advance.

Thank you,
Abby

Abigail Debold | Milbank | Special Counsel
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5576
adebold@milbank.com | milbank.com

---

**From:** Debold, Abigail
**Sent:** Monday, January 12, 2026 2:37 PM
**To:** 'McDonald, Hugh M.' <hugh.mcdonald@pillsburylaw.com>; Carty, Andrew M. <ACarty@brownrudnick.com>; Troop, Andrew M. <andrew.troop@pillsburylaw.com>; Alfano, Andrew V. <andrew.alfano@pillsburylaw.com>; Wood, Willie <william.wood@pillsburylaw.com>; Dickinson, L. James <james.dickinson@pillsburylaw.com>
**Cc:** Cohen, David J. <davidj.cohen@weil.com>; Carlson, Clifford <clifford.carlson@weil.com>; Saferstein, Jeffrey <jeffrey.saferstein@weil.com>; Silbert, Greg <greg.silbert@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Mark Kronfeld <mkronfeld@provincefirm.com>; Nathan Smith <nsmith@provincefirm.com>; Moses, Adam <AMoses@milbank.com>; Price, Michael <MPrice@milbank.com>; Harmeyer, Andrew <AHarmeyer@milbank.com>; Kinney, Brian <BKinney@milbank.com>; Lowe, Brett <BLowe@milbank.com>
**Subject:** RE: Steward - Mediation [Subject to FRE 408]

All,

Please let us know if you have any updates on the requests for participation in the mediation.

Thanks,
Abby

Abigail Debold | Milbank | Special Counsel
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5576
adebold@milbank.com | milbank.com

---

**From:** McDonald, Hugh M. <hugh.mcdonald@pillsburylaw.com>
**Sent:** Thursday, January 8, 2026 4:51 PM

**To:** Carty, Andrew M. <ACarty@brownrudnick.com>; Debold, Abigail <adebold@milbank.com>; Troop, Andrew M. <andrew.troop@pillsburylaw.com>; Alfano, Andrew V. <andrew.alfano@pillsburylaw.com>; Wood, Willie <william.wood@pillsburylaw.com>; Dickinson, L. James <james.dickinson@pillsburylaw.com>
**Cc:** Cohen, David J. <davidj.cohen@weil.com>; Carlson, Clifford <clifford.carlson@weil.com>; Saferstein, Jeffrey <jeffrey.saferstein@weil.com>; Silbert, Greg <greg.silbert@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Mark Kronfeld <mkronfeld@provincefirm.com>; Nathan Smith <nsmith@provincefirm.com>; Moses, Adam <AMoses@milbank.com>; Price, Michael <MPrice@milbank.com>; Harmeyer, Andrew <AHarmeyer@milbank.com>; Kinney, Brian <BKinney@milbank.com>; Lowe, Brett <BLowe@milbank.com>
**Subject:** [EXT] RE: Steward - Mediation [Subject to FRE 408]

All,

Our main client contacts are not available this week.  We will touch base with them and get back to this group at the beginning of next week.

Regards,

Hugh

**Hugh M. McDonald** | Partner
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131
t +1.212.858.1170 | m +1.201.805.8971
hugh.mcdonald@pillsburylaw.com | website bio

---

**From:** Carty, Andrew M. <ACarty@brownrudnick.com>
**Sent:** Wednesday, January 7, 2026 6:35 PM
**To:** Debold, Abigail <adebold@milbank.com>; McDonald, Hugh M. <hugh.mcdonald@pillsburylaw.com>; Troop, Andrew M. <andrew.troop@pillsburylaw.com>; Alfano, Andrew V. <andrew.alfano@pillsburylaw.com>; Wood, Willie <william.wood@pillsburylaw.com>; Dickinson, L. James <james.dickinson@pillsburylaw.com>
**Cc:** Cohen, David J. <davidj.cohen@weil.com>; Carlson, Clifford <clifford.carlson@weil.com>; Saferstein, Jeffrey <jeffrey.saferstein@weil.com>; Silbert, Greg <greg.silbert@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Mark Kronfeld <mkronfeld@provincefirm.com>; Nathan Smith <nsmith@provincefirm.com>; Moses, Adam <AMoses@milbank.com>; Price, Michael <MPrice@milbank.com>; Harmeyer, Andrew <AHarmeyer@milbank.com>; Kinney, Brian <BKinney@milbank.com>; Lowe, Brett <BLowe@milbank.com>
**Subject:** RE: Steward - Mediation [Subject to FRE 408]

Following up on Abigail's email, we believe that the proposed scope of the mediation

contemplated under the stipulation implicates matters within the purview of the Litigation Trust.  We request that the Litigation Trust be included as a Party to the mediation.  Please advise if the Plan Trust and Commonwealth will agree.  Thank you



**Andrew M. Carty**

Brown Rudnick LLP
Seven Times Square
New York, NY 10036
T: 212.209.4959
acarty@brownrudnick.com
www.brownrudnick.com

Please consider the environment before printing this e-mail

---

**From:** Debold, Abigail <adebold@milbank.com>
**Sent:** Wednesday, January 7, 2026 6:16 PM
**To:** McDonald, Hugh M. <hugh.mcdonald@pillsburylaw.com>; Troop, Andrew M. <andrew.troop@pillsburylaw.com>; Alfano, Andrew V. <andrew.alfano@pillsburylaw.com>; william.wood@pillsburylaw.com; Dickinson, L. James <james.dickinson@pillsburylaw.com>
**Cc:** Cohen, David J. <davidj.cohen@weil.com>; Carlson, Clifford <clifford.carlson@weil.com>; Saferstein, Jeffrey <jeffrey.saferstein@weil.com>; Silbert, Greg <greg.silbert@weil.com>; Berezin, Robert <robert.berezin@weil.com>; Mark Kronfeld <mkronfeld@provincefirm.com>; Nathan Smith <nsmith@provincefirm.com>; Carty, Andrew M. <ACarty@brownrudnick.com>; Moses, Adam <AMoses@milbank.com>; Price, Michael <MPrice@milbank.com>; Harmeyer, Andrew <AHarmeyer@milbank.com>; Kinney, Brian <BKinney@milbank.com>; Lowe, Brett <BLowe@milbank.com>
**Subject:** Steward - Mediation [Subject to FRE 408]

**CAUTION:** External E-mail. Use caution accessing links or attachments.

---

All,

In light of the scope of the proposed mediation with Judge Harner, we think that it makes sense for the FILO Secured Parties to participate.  We understand from Weil that the Plan Trust has no objection to our participation.  Could you please confirm that the Commonwealth agrees?  If so, we'd request that the FILO Secured Parties be added as a party to the mediation under the stipulation to be entered by the District Court.

We understand that the Litigation Trustee intends to participate as well, given the Litigation Trust's

interest in the subject matter of the mediation.

Thank you,
Abby

Abigail Debold | Milbank | Special Counsel
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5576
adebold@milbank.com | milbank.com

========================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor. ========================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

*********************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

*********************************************************************************

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or

copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

======================================= IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor. ======================================= This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.