## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § § | Case No. 24-90123 (CML) |
| Debtors. | § § § | (Jointly Administered) |
| THE COMMONWEALTH OF MASSACHUSETTS, | § § § | |
| Appellant, | § § | |
| v. | § § | Civil Action No. 4:25-cv-03754 |
| PLAN ADMINISTRATOR COMMITTEE, AS TRUSTEE OF PLAN TRUST OF STEWARD HEALTH CARE SYSTEM LLC, *et al.*, | § § § § § § § | |
| Appellees. | § § | |

### APPELLANT'S RESPONSE TO MOTION TO COMPEL INCLUSION

Appellant Commonwealth of Massachusetts ("Massachusetts" or the "Commonwealth"), by and through the Executive Office of Health and Human Services and the Office of the Attorney General of the Commonwealth of Massachusetts, submits this response to the *Motion of the Class A Trust Beneficiaries for Entry of an Order Compelling the Inclusion of the Class A Trust*

*Beneficiaries in Forthcoming Mediation* [Docket No. 20] (the "Motion to Compel Inclusion").[1]

The Commonwealth does not agree that the Class A Trust Beneficiaries are "necessary to negotiate a settlement" between the Commonwealth, the Plan Trust, and the Litigation Trust. The Commonwealth does not agree that the Litigation Trustee is incapable of balancing the competing interests of the Litigation Trust's beneficiaries and seeking outcomes beneficial to the Litigation Trust, as a whole, without violating his fiduciary duties of care (informed decision-making) and loyalty (putting the trust's interests ahead of his own).

Rather, the Commonwealth believes the Class A Trust Beneficiaries' consent rights are more than sufficient to protect their interests, despite their expectation for advocacy "without restraint,"[2] and that including parties with entrenched positions who are unwilling to compromise is not conducive to productive mediation. However, the Commonwealth does not wish to waste any more of the Court's time with this matter and consents to inclusion of the Class A Trust Beneficiaries so that the mediation may finally proceed.

Contemporaneously with the filing of this response, the Commonwealth will file a revised proposed *Stipulation and Consent Order Regarding Mediation of*

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion to Compel Inclusion.

[2] Motion to Compel Inclusion ¶ 18.

*Pending Appeals and Disputes Between the Plan Trust, the Litigation Trust, the Class A Trust Beneficiaries, and the Commonwealth of Massachusetts* that resolves the Motion to Compel Inclusion and a redline against the original proposed *Stipulation and Consent Order Regarding Mediation of Pending Appeals and Disputes Between the Plan Trust and the Commonwealth of Massachusetts* [Docket No. 17].

[*Remainder of Page Intentionally Left Blank*]

Dated: February 4, 2026	Respectfully submitted,

*THE COMMONWEALTH OF MASSACHUSETTS*

By its attorney,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

By: */s/ Hugh M. McDonald*
Hugh M. McDonald (Bar No. NY2420974)
Special Assistant Attorney General
Andrew M. Troop (Bar No. MA547179)
Special Assistant Attorney General

PILLSBURY WINTHROP SHAW PITTMAN LLP

Andrew V. Alfano (Bar No. NY5525241)
31 West 52nd Street
New York, NY 10019
Tel: 212-858-1000
Fax: 212-858-1500

William D. Wood (Bar No. 21916500)
L. James Dickinson (Bar No. 24105805)
609 Main Street, Suite 2000
Houston, TX 77002
Tel: 713-276-7600
Fax: 713-276-7673

4923-6923-0220

## CERTIFICATE OF COMPLIANCE

This response complies with the type-volume limitation of FED. R. APP. P. 27(d)(2)(A) because it contains 334 words, excluding the parts exempted by FED. R. APP. P. 32(f). This response also complies with the typeface and style requirements of FED. R. APP. P. 27(d)(1)(E) and 32(a)(5) and (6) because this request has been prepared using Microsoft Word in 14-point Times New Roman typeface.

*/s/ Hugh M. McDonald*
Hugh M. McDonald

## CERTIFICATE OF SERVICE

I certify that on February 4, 2026, I caused a copy of the foregoing response to be served via the Electronic Case Filing System for the United States District Court for the Southern District of Texas.

*/s/ Hugh M. McDonald*
Hugh M. McDonald

4923-6923-0220