**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: § | | Chapter 11 |
| § | | |
| STEWARD HEALTH CARE SYSTEM LLC, *et al.*, § § § | | Case No. 24-90123 (CML) |
| § | | (Jointly Administered) |
| Debtors. § | | |

| | | |
|---|---|---|
| THE COMMONWEALTH OF MASSACHUSETTS, § § § § | | Civil Action No. 25-cv-03754 |
| Appellant, | | |

| | | |
|---|---|---|
| TRACO INTERNATIONAL GROUP S. DE R.L., § § § § | | Civil Action No. 25-cv-03757 |
| Appellant, | | |

| | | |
|---|---|---|
| KEVIN M. EPSTEIN, THE UNITED STATES TRUSTEE FOR REGION 7 § § § § | | Civil Action No. 25-cv-03755 |
| Appellant, | | |

| | | |
|---|---|---|
| DR. MANISHA PUROHIT, *et al.*, § § § § | | Civil Action No. 25-cv-03824 |
| Appellant, | | |

| | | |
|---|---|---|
| DR. MANISHA PUROHIT, *et al.*, § § § § | | Civil Action No. 25-cv-03830 |
| Appellant, | | |

**STIPULATION AND [PROPOSED] ORDER**

Appellees Monica Blacker, Alan J. Carr, and William Transier, in their capacity as sole members of the Plan Administrator Committee, as trustee of the Plan Trust, successor in interest to Steward Health Care System LLC and its affiliated Debtors (the "**Appellees**") and Appellants the Commonwealth of Massachusetts (the "**Commonwealth**"), TRACO International Group S. de R.L. ("**TRACO**"), Drs. Manisha Purohit, Diane Paggioli, James Thomas, Thomas Ross, Michael Regan, Peter Lydon, Sridhar Ganda, A. Ana Beesen, Benoy Zachariah, Barry Arkin, Bruce Kriegel, Gary Miller, Jennifer Skolnick, Stephen McElroy, Robert Dart, Robert Lowenstein, and Irina Kogan for themselves and other participants in and beneficiaries of certain of the Debtors' deferred compensation plans (collectively the "**Participants**"), and Kevin M. Epstein, the United States Trustee for Region 7 (the "**UST**," and together with the Commonwealth, TRACO, and the Participants, the "**Appellants**") hereby stipulate and agree as follows:

WHEREAS, the above-captioned appeals are five separate appeals of a bankruptcy court confirmation order by (i) the Commonwealth, docketed under Civil Action No. 25-3754, (ii) the UST, docketed under Civil Action No. 25-3755, (iii) TRACO, docketed under Civil Action No. 25-3757, and (iv) the Participants, docketed under Civil Action Nos. 25-3824 & 25-3830, (collectively, "**Confirmation Appeals**");

WHEREAS, on August 4, 2025, the Court entered an order consolidating the appeals of the Commonwealth, TRACO, and the Participants of an order of the bankruptcy court authorizing a settlement docketed under Civil Action Nos. 25-2825, 25-02829, and 25-02901 (the "**Settlement Appeals**") [Civil Action No. 25-02825, Docket No. 5];

WHEREAS, on August 19, 2025, the Court entered an order abating merits briefing in the Settlement Appeals pending resolution of anticipated motions to (i) consolidate the Settlement Appeals with appeals of the bankruptcy court's order confirming the chapter 11 plan of Steward

Health Care System LLC and its affiliated Debtors and (ii) certify the Settlement Appeals and appeals of the confirmation order for direct review by the Fifth Circuit ("**Motion to Consolidate and Certify**") [Civil Action No. 25-02825, Docket No. 19];

WHEREAS, on September 5, 2025, the Commonwealth, TRACO, and the Participants filed a Motion to Consolidate and Certify, seeking to consolidate the Settlement Appeals with the above-captioned Confirmation Appeals and to certify the Settlement Appeals and Confirmation Appeals for direct review [Civil Action No. 25-3754, Docket No. 2];

WHEREAS, on September 25, 2025, Appellees opposed the Motion to Consolidate and Certify [Civil Action No. 25-3754, Docket No. 12] and moved to dismiss the Settlement Appeals as moot ("**Motion to Dismiss Settlement Appeals**") [Civil Action No. 25-2825, Docket No. 22];

WHEREAS, the Motion to Consolidate and Certify and the Motion to Dismiss Settlement Appeals are fully briefed [Civil Action No. 25-3754, Docket Nos. 2, 12 & 14; Civil Action No. 25-2825, Docket Nos. 22, 23, 24 & 28];

WHEREAS, on November 6, 2025, the Court entered an order [Civil Action No. 24-03754, Docket No. 16] modifying the merits briefing schedules in Civil Action Nos. 25-03754, 25-03757, 25-03824, and 25-03830, i.e., all of the Confirmation Appeals other than the appeal by the UST;

WHEREAS, on December 19, 2025, the Court entered an order [Civil Action No. 25-3755, Docket No. 11] granting the UST's unopposed motion [Civil Action No. 24-03755, Docket No. 10] to modify the deadline for his opening brief to be consistent with the modified briefing schedules in the other Confirmation Appeals, Civil Action Nos. 25-03754, 25-03757, 25-03824, and 25-03830;

WHEREAS, on December 31, 2025, the Commonwealth filed a Stipulation and Consent Order [Civil Action No. 24-03754, Docket No. 17] in the Commonwealth's appeal regarding

3

mediation between the Plan Trust and the Commonwealth (the "**Mediation**") and requiring the Commonwealth and the Plan Trust to file a joint notice (the "**Mediation Notice**") stating the outcome of the Mediation within 14 days of the mediation Termination Date (as defined in the Stipulation and Consent Order);

WHEREAS, on December 31, 2025, the Commonwealth filed a Stipulation and Consent Order to further modify the merits briefing schedule in the Confirmation Appeals, [Civil Action Nos. 25-03754, Docket No. 18; Civil Action No. 25-03757, Docket No. 6; Civil Action No. 25-03824, Docket No. 4; Civil Action No. 25-03830, Docket No. 6; and Civil Action No. 25-cv-03755, Docket No 12];

WHEREAS, on January 28, 2026, the Class A Trust Beneficiaries filed a Motion seeking inclusion in the Mediation [Civil Action No. 24-03754, Docket No. 20] that was resolved by the Stipulation and Consent Order filed by the Plan Trust, the Commonwealth and the Class A Trust Beneficiaries on February 4, 2026 [Civil Action No. 24-03754, Docket No. 22] and approved by Order of the Court entered on February 6, 2026 [Civil Action No. 24-03754, Docket No. 24];

WHEREAS, the Appellees and the Commonwealth agree that abating the merits briefing schedule in Civil Action No. 24-3754 pending filing of the Mediation Notice will better focus briefing for the Commonwealth's appeals, particularly if a resolution is reached in the Mediation; and

WHEREAS, the Appellees and Appellants agree that continuing the merits briefing schedule for the above-captioned appeals to give the Court an opportunity to rule on the Motion to Consolidate and Certify and the Motion to Dismiss Settlement Appeals may better focus briefing and avoid unnecessary inefficiency.

Now, therefore, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel of record, and subject to the approval of the Court, as follows:

1. All merits briefing deadlines in the above-captioned appeals as set forth in the Scheduling Order are abated for thirty (30) days, subject to further extensions as may be approved by the Court. Appellants' briefs in the Confirmation Appeals shall be due on April 3, 2026, unless otherwise ordered by the Court.

2. The pending (i) Motion to Dismiss Settlement Appeals [Civil Action No. 25-02825, Docket No. 22] and (ii) Motion to Consolidate and Certify [Civil Action No. 25-03754, Docket No. 2] both remain *sub judice* and may be decided by the Court with or without oral argument notwithstanding the abatement of briefing deadlines provided in this Order.

3. The Court retains jurisdiction in connection with this Order and all matters related thereto.

IT IS SO ORDERED:

Dated: _____

 _____
 HONORABLE GEORGE C. HANKS, JR.
 UNITED STATES DISTRICT JUDGE

STIPULATED AND AGREED BY:

Dated: February 23, 2026

| *SHC PLAN ADMINISTRATOR TRUST* | *THE COMMONWEALTH OF MASSACHUSETTS* |
|---|---|
| By: */s/ Clifford W. Carlson*<br>WEIL, GOTSHAL & MANGES LLP<br>Clifford W. Carlson (Bar No. 24090024)<br>700 Louisiana Street, Suite 3700<br>Houston, Texas 77002<br>Telephone: (713) 546-5000<br>Facsimile: (713) 224-9511<br>Email: Clifford.Carlson@weil.com<br><br>Jeffrey D. Saferstein (*pro hac vice* forthcoming)<br>Gregory Silbert (*pro hac vice* forthcoming)<br>Robert S. Berezin (*pro hac vice* forthcoming)<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Email: Jeffrey.Saferstein@weil.com<br> Greg.Silbert@weil.com<br> Robert.Berezin@weil.com<br><br>David J. Cohen (*pro hac vice* forthcoming)<br>1395 Brickell Avenue, Suite 1200<br>Miami, Florida 33131<br>Telephone: (305) 577-3100<br>Facsimile: (305) 374-7159<br>Email: DavidJ.Cohen@weil.com | By its attorney,<br><br>ANDREA JOY CAMPBELL<br>ATTORNEY GENERAL<br><br>By: */s/ Hugh M. McDonald*<br>Hugh M. McDonald (NY Bar No. NY2420974, S.D. Tex. Fed. No. 924315)<br>Special Assistant Attorney General<br>Andrew M. Troop (MA Bar No. MA547179, S.D. Tex. Fed. No. 3089813)<br>Special Assistant Attorney General<br><br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br><br>Andrew V. Alfano (NY Bar No. NY5525241, S.D. Tex. Fed. No. 3879712)<br>31 West 52nd Street<br>New York, NY 10019<br>Tel: 212-858-1000<br>Fax: 212-858-1500<br><br>William D. Wood (Tex. Bar No. 21916500, S.D. Tex. Fed. No. 2002)<br>L. James Dickinson (Tex. Bar No. 24105805, S.D. Tex. Fed. No. 3611267)<br>609 Main Street, Suite 2000<br>Houston, TX 77002<br>Tel: 713-276-7600<br>Fax: 713-276-7673 |

**DRS. MANISHA PUROHIT, DIANE PAGGIOLI, JAMES THOMAS, THOMAS ROSS, MICHAEL REGAN, PETER LYDON, SRIDHAR GANDA, A. ANA BEESEN, BENOY ZACHARIAH, BARRY ARKIN, BRUCE KRIEGEL, GARY MILLER, JENNIFER SKOLNICK, STEPHEN MCELROY, ROBERT DART, ROBERT LOWENSTEIN, AND IRINA KOGAN FOR THEMSELVES AND OTHER PARTICIPANTS IN AND BENEFICIARIES OF CERTAIN OF THE DEBTORS' DEFERRED COMPENSATION PLANS**

By: */s/ Robert J. Keach*
VERRILL DANA LLP
Robert J. Keach
Lindsay K. Milne
Letson D. Boots
One Portland Square, 10th Floor
Portland, ME 04101
Telephone: (207) 774-4000
Email: rkeach@verrill-law.com
　　　　lmilne@verrill-law.com
　　　　lboots@verrill-law.com

- and -

DIAMOND MCCARTHY, LLP
Allan B. Diamond, Esq.
Christopher D. Johnson, Esq.
909 Fannin Street, 37th Floor
Houston, TX 77010
Telephone: (713) 333-5100
Email: allan.diamond@diamondmccarthy.com
　　　　chris.johnson@diamondmccarthy.com

**TRACO INTERNATIONAL GROUP S. DE R.L.**

By: */s/ Timothy Walsh*
STEPTOE LLP
Timothy Walsh
Michele Jacobson
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 957-3085
Email: twwalsh@steptoe.com
　　　　mjacobson@steptoe.com

**KEVIN M. EPSTEIN, THE UNITED STATES TRUSTEE FOR REGION 7**

By: */s/ Sumi Sakata*
Sumi Sakata
Trial Attorney
Department of Justice
Executive Office for United States Trustees
441 G St., NW, Suite 6150
Washington, DC 20530
Tel: (202) 307-1399
Fax: (202) 307-2397
sumi.sakata@usdoj.gov
D.C. Bar No. 1019220
S.D. Tex. Fed. No. 2743902