IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>Appellant,<br><br>v.<br><br>PLAN ADMINISTRATOR COMMITTEE, AS TRUSTEE OF PLAN TRUST OF STEWARD HEALTH CARE SYSTEM LLC, *et al.*,<br><br>Appellees. | Civil Action No. 4:25-cv-03754 |
| In re:<br><br>STEWARD HEALTH CARE SYSTEM LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-90213 (CML)<br><br>(Jointly Administered) |

**DECLARATION OF SARAH LINK SCHULTZ IN SUPPORT OF
MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
TO AMEND MEDIATION ORDER TO ALLOW THE PARTICIPATION
OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 2811 McKinney Avenue, Suite 300, Dallas, Texas 75204. The Plan Trust, the successor in interest to Steward Health Care System LLC and its affiliated Debtors, was formed on August 27, 2025. *See* [Bankr. Docket No. 5955].

I, Sarah Link Schultz, under penalty of perjury, declare as follows:

1. I am an attorney admitted to practice in the State of Texas and the United States District Court for the Southern District of Texas, Houston Division. I am a partner of the firm of Akin Gump Strauss Hauer & Feld LLP ("Akin"). Akin maintains offices at, among other places, 2300 N. Field Street, Suite 1800, Dallas, Texas 75201-2481 and 1111 Louisiana Street, Houston, Texas 77002. There are no disciplinary proceedings pending against me.

2. I am duly authorized to make this declaration in support of the *Motion of the Official Committee of Unsecured Creditors to Amend Mediation Order to Allow the Participation of the Official Committee of Unsecured Creditors* [Docket No. 26] (the "Motion").[2]

3. Attached hereto as Exhibit A is a true and correct copy of an email I sent to counsel to the Mediation parties, dated February 5, 2026.

4. Attached hereto as Exhibit B is a true and correct copy of an email from counsel to the Commonwealth, dated February 12, 2026.

5. Attached hereto as Exhibit C is a true and correct copy of an email from counsel to the Class A Trust Beneficiaries, dated February 23, 2026.

6. Attached hereto as Exhibit D is a true and correct copy of an email from counsel to the Plan Trust, dated February 24, 2026

7. Attached hereto as Exhibit E is a true and correct copy of an email from counsel to the Litigation Trust, dated February 24, 2026.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 27, 2026

                                                                                                      */s/  Sarah Link Schultz*

**Exhibit A**

| | |
|---|---|
| **From:** | Schultz, Sarah A. |
| **Sent:** | Thursday, February 5, 2026 1:35 PM |
| **To:** | Carlson, Clifford; Saferstein, Jeffrey; Greg.Silbert@weil.com; Robert.Berezin@weil.com; Cohen, David J.; McDonald, Hugh M.; Alfano, Andrew (External); Willie Wood (william.wood@pillsburylaw.com); Dunne, Dennis (External); Michael Price; Andrew Harmeyer; Kinney, Brian (External); aleblanc@milbank.com; blowe@milbank.com; svora@milbank.com; Higgins, John (External); myoung-john@porterhedges.com; Stark, Robert (External); acarty@brownrudnick.com |
| **Cc:** | Kahn, Brad; Luft, Avi; Lisovicz, Edan |
| **Subject:** | Steward - UCC Mediation Request |

All –

As a fiduciary for the constituency that holds Class B Litigation Trust Interests and a party to the settlement that is the subject of the mediation, we believe that the Committee should be added as a party to the mediation.  The Committee's participation in mediation is also required under Local Rule 16.4 because the Committee's consent will be required to effectuate any modifications to the settlement resulting from mediation.   Please let us know if you agree to add the Committee to the stipulation and consent order as a mediation party, which will avoid the need for motion practice.

Thank you,
Sarah


**Sarah Link Schultz**
**Akin**

2300 N. Field Street | Suite 1800 | Dallas, TX 75201 | USA | Direct: +1 214.969.4367
Mobile: +1 214.729.9937 | sschultz@akingump.com | akingump.com | Bio
Pronouns: she/her/hers (What's this?)

1

## **Exhibit B**

| | |
|---|---|
| **From:** | McDonald, Hugh M. <hugh.mcdonald@pillsburylaw.com> |
| **Sent:** | Thursday, February 12, 2026 2:03 PM |
| **To:** | Schultz, Sarah A.; Carlson, Clifford; Saferstein, Jeffrey; Greg.Silbert@weil.com; Robert.Berezin@weil.com; Cohen, David J.; Dunne, Dennis (External); Michael Price; Andrew Harmeyer; Kinney, Brian (External); aleblanc@milbank.com; blowe@milbank.com; svora@milbank.com; Higgins, John (External); myoung-john@porterhedges.com; Stark, Robert (External); acarty@brownrudnick.com; Kahn, Brad; Luft, Avi; Lisovicz, Edan |
| **Cc:** | Dickinson, L. James; Troop, Andrew (External); Wood, Willie |
| **Subject:** | RE: Steward/Commonwealth Mediation |

Sarah,

As you may have seen the mediation order has already been entered and has been transmitted to the circuits and the mediator. We understand that your limited interest concerns a modification of the FILO settlement. If it appears that this may be occurring, we are happy to have you join the mediation at that time. We already have four separate parties participating in the mediation, including the two trustees. Accordingly, we believe that your limited interest is more than adequately represented at this time.

Regards,

Hugh

**From:** Schultz, Sarah A. <sschultz@AkinGump.com>
**Sent:** Thursday, February 12, 2026 1:32 PM
**To:** McDonald, Hugh M. <hugh.mcdonald@pillsburylaw.com>; Carlson, Clifford <clifford.carlson@weil.com>; Saferstein, Jeffrey <jeffrey.saferstein@weil.com>; Greg.Silbert@weil.com; Robert.Berezin@weil.com; Cohen, David J. <davidj.cohen@weil.com>; Dunne, Dennis (External) <DDunne@milbank.com>; Michael Price <mprice@milbank.com>; Andrew Harmeyer <aharmeyer@milbank.com>; Kinney, Brian (External) <BKinney@milbank.com>; aleblanc@milbank.com; blowe@milbank.com; svora@milbank.com; Higgins, John (External) <JHiggins@porterhedges.com>; myoung-john@porterhedges.com; Stark, Robert (External) <rstark@brownrudnick.com>; acarty@brownrudnick.com; Kahn, Brad <bkahn@akingump.com>; Luft, Avi <ALuft@akingump.com>; Lisovicz, Edan <elisovicz@akingump.com>
**Cc:** Dickinson, L. James <james.dickinson@pillsburylaw.com>; Troop, Andrew M. <andrew.troop@pillsburylaw.com>; Wood, Willie <william.wood@pillsburylaw.com>
**Subject:** RE: Steward/Commonwealth Mediation

Counsel

We have heard nothing from you regarding our request to participate in the mediation, which was originally sent on February 5, 2026. Absent a response, we will be force proceed with motion practice.

Thank you.

**From:** Schultz, Sarah A.
**Sent:** Monday, February 9, 2026 9:37 AM
**To:** 'McDonald, Hugh M.' <hugh.mcdonald@pillsburylaw.com>; Carlson, Clifford <clifford.carlson@weil.com>; Saferstein, Jeffrey <jeffrey.saferstein@weil.com>; Greg.Silbert@weil.com; Robert.Berezin@weil.com; Cohen, David J. <davidj.cohen@weil.com>; Dunne, Dennis (External) <DDunne@milbank.com>; Michael Price <mprice@milbank.com>;

1

Andrew Harmeyer <aharmeyer@milbank.com>; Kinney, Brian (External) <BKinney@milbank.com>; aleblanc@milbank.com; blowe@milbank.com; svora@milbank.com; Higgins, John (External) <JHiggins@porterhedges.com>; myoung-john@porterhedges.com; Stark, Robert (External) <rstark@brownrudnick.com>; acarty@brownrudnick.com; Kahn, Brad <bkahn@akingump.com>; Luft, Avi <ALuft@akingump.com>; Lisovicz, Edan <elisovicz@akingump.com>
**Cc:** Dickinson, L. James <james.dickinson@pillsburylaw.com>; Troop, Andrew (External) <andrew.troop@pillsburylaw.com>; Wood, Willie <william.wood@pillsburylaw.com>
**Subject:** RE: Steward/Commonwealth Mediation

Counsel

We did not receive a response from any of you to the attached email. Please let us know if you consent to our participation in the mediation.

Best,

Sarah

**From:** McDonald, Hugh M. <hugh.mcdonald@pillsburylaw.com>
**Sent:** Friday, February 6, 2026 4:33 PM
**To:** Carlson, Clifford <clifford.carlson@weil.com>; Saferstein, Jeffrey <jeffrey.saferstein@weil.com>; Greg.Silbert@weil.com; Robert.Berezin@weil.com; Cohen, David J. <davidj.cohen@weil.com>; Dunne, Dennis (External) <DDunne@milbank.com>; Michael Price <mprice@milbank.com>; Andrew Harmeyer <aharmeyer@milbank.com>; Kinney, Brian (External) <BKinney@milbank.com>; aleblanc@milbank.com; blowe@milbank.com; svora@milbank.com; Higgins, John (External) <JHiggins@porterhedges.com>; myoung-john@porterhedges.com; Stark, Robert (External) <rstark@brownrudnick.com>; acarty@brownrudnick.com; Kahn, Brad <bkahn@akingump.com>; Luft, Avi <ALuft@akingump.com>; Lisovicz, Edan <elisovicz@akingump.com>; Schultz, Sarah A. <sschultz@AkinGump.com>
**Cc:** Dickinson, L. James <james.dickinson@pillsburylaw.com>; Troop, Andrew (External) <andrew.troop@pillsburylaw.com>; Wood, Willie <william.wood@pillsburylaw.com>
**Subject:** Steward/Commonwealth Mediation


**EXTERNAL Email**

All,

Attached is the mediation order that was entered by the District Court. We will send the order to the 4th Circuit and coordinate an initial call with Judge Harner.

Regards,

Hugh

**Hugh M. McDonald** | Partner
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131
t +1.212.858.1170 | m +1.201.805.8971
hugh.mcdonald@pillsburylaw.com | website bio



The contents of this message, together with any attachments, are intended only for the use of the

individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.


This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message


The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

**Exhibit C**

| | |
|---|---|
| **From:** | Price, Michael <MPrice@milbank.com> |
| **Sent:** | Monday, February 23, 2026 12:29 PM |
| **To:** | Kahn, Brad |
| **Cc:** | Schultz, Sarah A. |
| **Subject:** | RE: Steward - UCC Mediation Request |

**\*\*EXTERNAL Email\*\***

Hey Brad, hope all is well. No issue from our perspective if the UCC participates in the mediation.

Michael Price | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5577
MPrice@milbank.com | milbank.com

---

**From:** Kahn, Brad <bkahn@akingump.com>
**Sent:** Monday, February 23, 2026 9:48 AM
**To:** Price, Michael <MPrice@milbank.com>
**Cc:** Schultz, Sarah A. <sschultz@AkinGump.com>
**Subject:** [EXT] FW: Steward - UCC Mediation Request

Mike-
Hope all is well and you are surviving this latest snowstorm. We wanted to follow up on the emails that have been sent on our participation in the Massachusetts mediation. We intend to file a motion this week seeking inclusion of the mediation and would like to get your support for our inclusion. Let us know if you want to discuss but based on, among other things, the need for the UCC's consent to modify the settlement, this seems like a non-controversial position. Thanks.

**Brad M. Kahn**
**Akin**
Direct: +1 212.872.8121

---

**From:** Schultz, Sarah A. <sschultz@AkinGump.com>
**Sent:** Thursday, February 5, 2026 1:35 PM
**To:** Carlson, Clifford <clifford.carlson@weil.com>; Saferstein, Jeffrey <jeffrey.saferstein@weil.com>; Greg.Silbert@weil.com; Robert.Berezin@weil.com; Cohen, David J. <davidj.cohen@weil.com>; McDonald, Hugh M. <hugh.mcdonald@pillsburylaw.com>; Alfano, Andrew (External) <andrew.alfano@pillsburylaw.com>; Willie Wood (william.wood@pillsburylaw.com) <william.wood@pillsburylaw.com>; Dunne, Dennis (External) <DDunne@milbank.com>; Michael Price <mprice@milbank.com>; Andrew Harmeyer <aharmeyer@milbank.com>; Kinney, Brian (External) <BKinney@milbank.com>; aleblanc@milbank.com; blowe@milbank.com; svora@milbank.com; Higgins, John (External) <JHiggins@porterhedges.com>; myoung-john@porterhedges.com; Stark, Robert (External) <rstark@brownrudnick.com>; acarty@brownrudnick.com
**Cc:** Kahn, Brad <bkahn@akingump.com>; Luft, Avi <ALuft@akingump.com>; Lisovicz, Edan <elisovicz@akingump.com>
**Subject:** Steward - UCC Mediation Request

All –

1

As a fiduciary for the constituency that holds Class B Litigation Trust Interests and a party to the settlement that is the subject of the mediation, we believe that the Committee should be added as a party to the mediation.  The Committee's participation in mediation is also required under Local Rule 16.4 because the Committee's consent will be required to effectuate any modifications to the settlement resulting from mediation.   Please let us know if you agree to add the Committee to the stipulation and consent order as a mediation party, which will avoid the need for motion practice.

Thank you,
Sarah


**Sarah Link Schultz**
**Akin**

2300 N. Field Street | Suite 1800 | Dallas, TX 75201 | USA | Direct: +1 214.969.4367
Mobile: +1 214.729.9937 | sschultz@akingump.com | akingump.com | Bio
Pronouns: she/her/hers (What's this?)

This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message
====================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
====================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**<u>Exhibit D</u>**

| | |
|---|---|
| **From:** | Carlson, Clifford <Clifford.Carlson@weil.com> |
| **Sent:** | Tuesday, February 24, 2026 1:07 AM |
| **To:** | Schultz, Sarah A.; Cohen, David J.; Morrison, Stephanie |
| **Cc:** | Kahn, Brad; Luft, Avi |
| **Subject:** | RE: Steward/Commonwealth Mediation |

Sarah, confirming the Plan Trust is supportive of the UCC's participation in mediation.



**Clifford Carlson**

Weil, Gotshal & Manges LLP
700 Louisiana Street, Suite 3700
Houston, TX 77002-2755
clifford.carlson@weil.com
+1 713 546 5248 Direct
+1 708 308 1971 Mobile
+1 713 224 9511 Fax

---

**From:** Schultz, Sarah A. <sschultz@AkinGump.com>
**Sent:** Monday, February 23, 2026 8:54 AM
**To:** Cohen, David J. <DavidJ.Cohen@weil.com>; Carlson, Clifford <Clifford.Carlson@weil.com>; Morrison, Stephanie <Stephanie.Morrison@weil.com>
**Cc:** Kahn, Brad <bkahn@akingump.com>; Luft, Avi <ALuft@akingump.com>
**Subject:** FW: Steward/Commonwealth Mediation

Hi guys

We wanted to follow up on the emails that have been sent on our participation in the Massachusetts mediation. We intend to file a motion this week seeking inclusion of the mediation and would like to get your support for our inclusion. David and I have been playing phone tag for the last week or so but let us know if you want to discuss but based on, among other things, the need for the UCC's consent to modify the settlement, this seems like a non-controversial position. Thanks.

---

**From:** Schultz, Sarah A.
**Sent:** Thursday, February 12, 2026 12:32 PM
**To:** McDonald, Hugh M. <hugh.mcdonald@pillsburylaw.com>; Carlson, Clifford <clifford.carlson@weil.com>; Saferstein, Jeffrey <jeffrey.saferstein@weil.com>; Greg.Silbert@weil.com; Robert.Berezin@weil.com; Cohen, David J. <davidj.cohen@weil.com>; Dunne, Dennis (External) <DDunne@milbank.com>; Michael Price <mprice@milbank.com>;

1

Andrew Harmeyer <aharmeyer@milbank.com>; Kinney, Brian (External) <BKinney@milbank.com>; aleblanc@milbank.com; blowe@milbank.com; svora@milbank.com; Higgins, John (External) <JHiggins@porterhedges.com>; myoung-john@porterhedges.com; Stark, Robert (External) <rstark@brownrudnick.com>; acarty@brownrudnick.com; Kahn, Brad <bkahn@akingump.com>; Luft, Avi <ALuft@akingump.com>; Lisovicz, Edan <elisovicz@akingump.com>
**Cc:** Dickinson, L. James <james.dickinson@pillsburylaw.com>; Troop, Andrew (External) <andrew.troop@pillsburylaw.com>; Wood, Willie <william.wood@pillsburylaw.com>
**Subject:** RE: Steward/Commonwealth Mediation

Counsel

We have heard nothing from you regarding our request to participate in the mediation, which was originally sent on February 5, 2026. Absent a response, we will be force proceed with motion practice.

Thank you.

**From:** Schultz, Sarah A.
**Sent:** Monday, February 9, 2026 9:37 AM
**To:** 'McDonald, Hugh M.' <hugh.mcdonald@pillsburylaw.com>; Carlson, Clifford <clifford.carlson@weil.com>; Saferstein, Jeffrey <jeffrey.saferstein@weil.com>; Greg.Silbert@weil.com; Robert.Berezin@weil.com; Cohen, David J. <davidj.cohen@weil.com>; Dunne, Dennis (External) <DDunne@milbank.com>; Michael Price <mprice@milbank.com>; Andrew Harmeyer <aharmeyer@milbank.com>; Kinney, Brian (External) <BKinney@milbank.com>; aleblanc@milbank.com; blowe@milbank.com; svora@milbank.com; Higgins, John (External) <JHiggins@porterhedges.com>; myoung-john@porterhedges.com; Stark, Robert (External) <rstark@brownrudnick.com>; acarty@brownrudnick.com; Kahn, Brad <bkahn@akingump.com>; Luft, Avi <ALuft@akingump.com>; Lisovicz, Edan <elisovicz@akingump.com>
**Cc:** Dickinson, L. James <james.dickinson@pillsburylaw.com>; Troop, Andrew (External) <andrew.troop@pillsburylaw.com>; Wood, Willie <william.wood@pillsburylaw.com>
**Subject:** RE: Steward/Commonwealth Mediation

Counsel

We did not receive a response from any of you to the attached email. Please let us know if you consent to our participation in the mediation.

Best,

Sarah

**From:** McDonald, Hugh M. <hugh.mcdonald@pillsburylaw.com>
**Sent:** Friday, February 6, 2026 4:33 PM
**To:** Carlson, Clifford <clifford.carlson@weil.com>; Saferstein, Jeffrey <jeffrey.saferstein@weil.com>; Greg.Silbert@weil.com; Robert.Berezin@weil.com; Cohen, David J. <davidj.cohen@weil.com>; Dunne, Dennis (External) <DDunne@milbank.com>; Michael Price <mprice@milbank.com>; Andrew Harmeyer <aharmeyer@milbank.com>; Kinney, Brian (External) <BKinney@milbank.com>; aleblanc@milbank.com; blowe@milbank.com; svora@milbank.com; Higgins, John (External) <JHiggins@porterhedges.com>; myoung-john@porterhedges.com; Stark, Robert (External) <rstark@brownrudnick.com>; acarty@brownrudnick.com; Kahn, Brad <bkahn@akingump.com>; Luft, Avi <ALuft@akingump.com>; Lisovicz, Edan <elisovicz@akingump.com>; Schultz, Sarah A. <sschultz@AkinGump.com>
**Cc:** Dickinson, L. James <james.dickinson@pillsburylaw.com>; Troop, Andrew (External) <andrew.troop@pillsburylaw.com>; Wood, Willie <william.wood@pillsburylaw.com>
**Subject:** Steward/Commonwealth Mediation

**EXTERNAL Email**

All,

Attached is the mediation order that was entered by the District Court. We will send the order to the 4th Circuit and coordinate an initial call with Judge Harner.

Regards,

Hugh

**Hugh M. McDonald** | Partner
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131
t +1.212.858.1170 | m +1.201.805.8971
hugh.mcdonald@pillsburylaw.com | website bio

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.


This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

**Exhibit E**

| | |
|---|---|
| **From:** | Carty, Andrew M. <ACarty@brownrudnick.com> |
| **Sent:** | Tuesday, February 24, 2026 7:31 PM |
| **To:** | Schultz, Sarah A.; Stark, Robert (External) |
| **Cc:** | Kahn, Brad; Luft, Avi |
| **Subject:** | RE: Steward/Commonwealth Mediation |

Sarah – similar to the Plan Trust and Class A's, the Litigation Trust has no objection with the UCC being included in the mediation. Thanks

**brownrudnick**

**Andrew M. Carty**

Brown Rudnick LLP
Seven Times Square
New York, NY 10036
T: 212.209.4959
acarty@brownrudnick.com
www.brownrudnick.com

Please consider the environment before printing this e-mail

---

**From:** Schultz, Sarah A. <sschultz@AkinGump.com>
**Sent:** Tuesday, February 24, 2026 11:12 AM
**To:** Stark, Robert J. <RStark@brownrudnick.com>; Carty, Andrew M. <ACarty@brownrudnick.com>
**Cc:** Kahn, Brad <bkahn@akingump.com>; Luft, Avi <ALuft@akingump.com>
**Subject:** FW: Steward/Commonwealth Mediation

**CAUTION:** External E-mail. Use caution accessing links or attachments.

Robert and Andrew,

We wanted to follow up on the emails that regarding on our participation in the Massachusetts mediation. We intend to file a motion this week seeking inclusion of the mediation and would like to get your support for our inclusion. We have conferred with the Class A Trust Beneficiaries and SHC Plan Administrator Trust and confirmed that they do not object to us being included in the mediation. Given the UCC's continued role as an estate fiduciary and the need for our consent if the mediation seeks to modify the agreement with the FILOs either directly or indirectly, this seems like a non-controversial position, but happy to discuss if helpful.

Best,

Sarah

1

**From:** McDonald, Hugh M. <hugh.mcdonald@pillsburylaw.com>
**Sent:** Friday, February 6, 2026 4:33 PM
**To:** Carlson, Clifford <clifford.carlson@weil.com>; Saferstein, Jeffrey <jeffrey.saferstein@weil.com>; Greg.Silbert@weil.com; Robert.Berezin@weil.com; Cohen, David J. <davidj.cohen@weil.com>; Dunne, Dennis (External) <DDunne@milbank.com>; Michael Price <mprice@milbank.com>; Andrew Harmeyer <aharmeyer@milbank.com>; Kinney, Brian (External) <BKinney@milbank.com>; aleblanc@milbank.com; blowe@milbank.com; svora@milbank.com; Higgins, John (External) <JHiggins@porterhedges.com>; myoung-john@porterhedges.com; Stark, Robert (External) <rstark@brownrudnick.com>; acarty@brownrudnick.com; Kahn, Brad <bkahn@akingump.com>; Luft, Avi <ALuft@akingump.com>; Lisovicz, Edan <elisovicz@akingump.com>; Schultz, Sarah A. <sschultz@AkinGump.com>
**Cc:** Dickinson, L. James <james.dickinson@pillsburylaw.com>; Troop, Andrew (External) <andrew.troop@pillsburylaw.com>; Wood, Willie <william.wood@pillsburylaw.com>
**Subject:** Steward/Commonwealth Mediation


**EXTERNAL Email**

All,

Attached is the mediation order that was entered by the District Court. We will send the order to the 4th Circuit and coordinate an initial call with Judge Harner.

Regards,

Hugh

**Hugh M. McDonald** | Partner
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131
t +1.212.858.1170 | m +1.201.805.8971
hugh.mcdonald@pillsburylaw.com | website bio

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.


This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message


******************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

*********************************************************************