**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ------------------------------------------------- § | | |
| **COMMONWEALTH OF** § | | |
| **MASSACHUSETTS,** § | | |
| § | | |
| **Appellant,** § | **Civil Action No. 4:25-cv-03754** | |
| § | | |
| | | |
| **v.** § | | |
| **PLAN ADMINISTRATOR** § | | |
| **COMMITTEE, AS TRUSTEE OF** § | | |
| **PLAN TRUST OF STEWARD** § | | |
| **HEALTH CARE SYSTEM LLC,** *et al.***,** § | | |
| § | | |
| **Appellees.** § | | |
| § | | |
| ------------------------------------------------- § | **Chapter 11** | |
| **In re:** § | **Case No. 24-90213 (CML)** | |
| § | | |
| **STEWARD HEALTH CARE** § | **(Jointly Administered)** | |
| **SYSTEM LLC,** *et al.***,** § | | |
| § | | |
| **Debtors.**[1] | | |
| ------------------------------------------------- | | |

**AFFIDAVIT OF SERVICE**

I, Eladio Perez, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims, noticing and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On February 27, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served (1) via First-Class Mail on the list of parties attached hereto as **Exhibit A**, (2) via email on the list of parties attached attached hereto as **Exhibit B**, and (3) via First-Class Mail and email on United States Trustee Southern District of Texas, Office of the United States Trustee, Attn: Jana Whitworth, Ha Nguyen, 515 Rusk Street, Suite 3516, Houston, TX 77002 jana.whitworth@usdoj.gov, ha.nguyen@usdoj.gov:

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these chapter 11 cases is 2811 McKinney Avenue, Suite 300, Dallas, Texas 75204.

- Motion of the Official Committee of Unsecured Creditors to Amend Mediation Order to Allow the Participation of the Official Committee of Unsecured Creditors [Docket No. 26]

- Declaration of Sarah Link Schultz in Support of Motion of the Official Committee of Unsecured Creditors to Amend Mediation Order to Allow the Participation of the Official Committee of Unsecured Creditors [Docket No. 27]

Dated: March 4, 2026

*/s/ Eladio Perez*
Eladio Perez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 4, 2026, by Eladio Perez, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

2

SRF 94999

**<u>Exhibit A</u>**

Exhibit A

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 22282976 | Attorney General of the Commonwealth of Massachusetts | Pillsbury Winthrop Shaw Pittman LLP | Attn: Andrew M. Troop Hugh M. McDonald | Andrew V. Alfano Alana A. Lyman | 31 West 52nd Street | New York | NY | 10019 |
| 27771483 | Attorney General of the Commonwealth of Massachusetts | Pillsbury Winthrop Shaw Pittman LLP | Attn: L. James Dickinson | 609 Main Street | Suite 2000 | Houston | TX | 77002 |
| 27627140 | Dr. Manisha Purohit, Dr. Diane Paggioli, Dr. James Thomas and Dr. Thomas Ross | Attn: Allan B. Diamond, Chrisopher D. Johnson, Justin B. Strother | c/o Diamond McCarthy LLP | 909 Fanin Street | 37th Floor | Houston | TX | 77010 |
| 27627141 | Dr. Manisha Purohit, Dr. Diane Paggioli, Dr. James Thomas and Dr. Thomas Ross | Attn: Robert J. Keach, Lindsay K. Milne, Letson D. Boots | c/o Verrill Dana LLP | One Portland Square, 10th Floor | | Portland | ME | 04101 |
| 30641335 | TRACO INTERNATIONAL GROUP S. DE R.L. | Attn: Steptoe LLP | Attn: Timothy Walsh and Michele Jacobson | 1114 Avenue of the Americas | | New York | NY | 10036 |

**Exhibit B**

Exhibit B

| ADDRESSID | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| 22282976 | Attorney General of the Commonwealth of Massachusetts | Pillsbury Winthrop Shaw Pittman LLP | andrew.troop@pillsburylaw.com hugh.mcdonald@pillsburylaw.com andrew.alfano@pillsburylaw.com alana.lyman@pillsburylaw.com |
| 27771483 | Attorney General of the Commonwealth of Massachusetts | Pillsbury Winthrop Shaw Pittman LLP | james.dickinson@pillsburylaw.com |
| 27627140 | Dr. Manisha Purohit, Dr. Diane Paggioli, Dr. James Thomas and Dr. Thomas Ross | Attn: Allan B. Diamond, Chrisopher D. Johnson, Justin B. Strother | justin.strother@diamondmccarthy.com chris.johnson@diamondmccarthy.com adiamond@diamondmccarthy.com |
| 27627141 | Dr. Manisha Purohit, Dr. Diane Paggioli, Dr. James Thomas and Dr. Thomas Ross | Attn: Robert J. Keach, Lindsay K. Milne, Letson D. Boots | rkeach@verrill-law.com lmilne@verrill-law.com lboots@verrill-law.com |
| 30641335 | TRACO INTERNATIONAL GROUP S. DE R.L. | Attn: Steptoe LLP | mjacobson@steptoe.com twwalsh@steptoe.com |