**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| STEWARD HEALTH CARE | § | Case No. 24-90123 (CML) |
| SYSTEM LLC, *et al.*, | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |

| | | |
|---|---|---|
| THE COMMONWEALTH OF | § | |
| MASSACHUSETTS, | § | Civil Action No. 25-cv-03754 |
| | § | |
| Appellant, | § | |

| | | |
|---|---|---|
| TRACO INTERNATIONAL GROUP | § | |
| S. DE R.L., | § | Civil Action No. 25-cv-03757 |
| | § | |
| Appellant, | § | |

| | | |
|---|---|---|
| KEVIN M. EPSTEIN, THE UNITED | § | |
| STATES TRUSTEE FOR REGION 7 | § | Civil Action No. 25-cv-03755 |
| | § | |
| Appellant, | § | |

| | | |
|---|---|---|
| DR. MANISHA PUROHIT, *et al.*, | § | |
| | § | Civil Action No. 25-cv-03824 |
| Appellant, | § | |
| | § | |

4927-6541-8663

| | | |
|---|---|---|
| DR. MANISHA PUROHIT, *et al.*, | § | |
| | § | Civil Action No. 25-cv-03830 |
| Appellant, | § | |
| | § | |

## <u>MOTION REQUESTING A STATUS CONFERENCE</u>

Appellants Commonwealth of Massachusetts (the "Commonwealth"), Kevin M. Epstein, the United States Trustee for Region 7 ("UST"), TRACO International Group S. de R.L. ("TRACO"), and Drs. Manisha Purohit, Diane Paggioli, James Thomas, Thomas Ross, Michael Regan, Peter Lydon, Sridhar Ganda, A. Ana Beesen, Benoy Zachariah, Barry Arkin, Bruce Kriegel, Gary Miller, Jennifer Skolnick, Stephen McElroy, Robert Dart, Robert Lowenstein, and Irina Kogan for themselves and other participants in and beneficiaries of certain of the Debtors' deferred compensation plans (collectively, the "Participants" and, together with the Commonwealth, the UST, and TRACO, the "Appellants") respectfully request a status conference to discuss the above-captioned five bankruptcy appeals, three related bankruptcy appeals consolidated under lead docket Civil Action No. 25-0282, and certain motions pending before this Court.

Appellees oppose this request.

4927-6541-8663

Dated: May 1, 2026

Respectfully Submitted,

*DRS. MANISHA PUROHIT, DIANE PAGGIOLI, JAMES THOMAS, THOMAS ROSS, MICHAEL REGAN, PETER LYDON, SRIDHAR GANDA, A. ANA BEESEN, BENOY ZACHARIAH, BARRY ARKIN, BRUCE KRIEGEL, GARY MILLER, JENNIFER SKOLNICK, STEPHEN MCELROY, ROBERT DART, ROBERT LOWENSTEIN, AND IRINA KOGAN FOR THEMSELVES AND OTHER PARTICIPANTS IN AND BENEFICIARIES OF CERTAIN OF THE DEBTORS' DEFERRED COMPENSATION PLANS*

By: */s/ Robert J. Keach*
VERRILL DANA LLP
Robert J. Keach
Lindsay K. Milne
Letson D. Boots
One Portland Square, 10th Floor
Portland, ME 04101
Telephone: (207) 774-4000
Email: rkeach@verrill-law.com
         lmilne@verrill-law.com
         lboots@verrill-law.com

- and -

DIAMOND MCCARTHY, LLP
Allan B. Diamond, Esq.
Christopher D. Johnson, Esq.
909 Fannin Street, 37th Floor
Houston, TX 77010
Telephone: (713) 333-5100
Email:allan.diamond@diamondmccarthy.com

*THE COMMONWEALTH OF MASSACHUSETTS*

By its attorney,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

By: */s/ Andrew M. Troop*
Hugh M. McDonald (NY Bar No. NY2420974, S.D. Tex. Fed. No. 924315)
Special Assistant Attorney General
Andrew M. Troop (MA Bar No. MA547179, S.D. Tex. Fed. No. 3089813)
Special Assistant Attorney General

PILLSBURY WINTHROP SHAW PITTMAN LLP

Andrew V. Alfano (NY Bar No. NY5525241, S.D. Tex. Fed. No. 3879712)
31 West 52nd Street
New York, NY 10019
Tel: 212-858-1000
Fax: 212-858-1500

William D. Wood (Tex. Bar No. 21916500, S.D. Tex. Fed. No. 2002)
L. James Dickinson (Tex. Bar No. 24105805, S.D. Tex. Fed.

3

4927-6541-8663

chris.johnson@diamondmccarthy.com

No. 3611267)
609 Main Street, Suite 2000
Houston, TX 77002
Tel: 713-276-7600
Fax: 713-276-7673

**KEVIN M. EPSTEIN, THE UNITED STATES TRUSTEE FOR REGION 7**

By: */s/ Sumi Sakata*
Sumi Sakata
Trial Attorney
Department of Justice
Executive Office for United States Trustees
441 G St., NW, Suite 6150
Washington, DC 20530
Tel: (202) 307-1399
Fax: (202) 307-2397
sumi.sakata@usdoj.gov
D.C. Bar No. 1019220
S.D. Tex. Fed. No. 2743902

**TRACO INTERNATIONAL GROUP S. DE R.L.**

By: */s/ Timothy Walsh*
STEPTOE LLP
Timothy Walsh
Michele Jacobson
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 957-3085
Email: twwalsh@steptoe.com
mjacobson@steptoe.com

4

4927-6541-8663

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. Bankr. P. 8013(f)(3)(A) because, excluding the parts of the document exempted by Fed. R. Bankr. P. 8015(g), this document contains 127 words.  This document complies with the typeface and type-style requirements of Fed. R. Bankr. P. 8013(f)(2) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-Point Times New Roman typeface.

*/s/ Andrew M. Troop*
Andrew M. Troop

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7 and the Court Procedures of the Honorable George C. Hanks, Jr., United States District Court Judge, I hereby certify that counsel for the appellants conferred with counsel for the appellees by email on April 28, 2026, and April 29, 2026.

*/s/ Hugh M. McDonald*
Hugh M. McDonald

## CERTIFICATE OF SERVICE

I certify that on May 1, 2026, I caused a copy of the foregoing to be served via the Electronic Case Filing System for the United States District Court for the Southern District of Texas.

*/s/ Andrew M. Troop*
Andrew M. Troop

4927-6541-8663