## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

*Debtor*

Case Number: 4:25−cv−03754
SDTX Bankruptcy 25bk90213

The Commonwealth of Massachusetts
    *Appellant*

---

### Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge George C Hanks, Jr**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1617983346?pwd=jmI4vfEDyVpH19ZweqdYn0eekA3Frk.1*
Meeting phone number: 16692545252
Meeting ID: 161 798 3346
Meeting Password: 885657

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 5/27/2026

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Status Conference

---

Date:    May 26, 2026                                      Nathan Ochsner, Clerk