**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Steward Health Care System LLC, *et al.*, | * | Case No. 24-90213-CML |
| | * | |
| Debtors. | * | Chapter 11 (Jointly Administered) |
| *    *    *    *    *    * | * | *    *    *    *    *    * |
| The Commonwealth of Massachusetts, | * | |
| | * | |
| Appellant, | * | |
| v. | * | Civil Action No. 4:25-cv-03754 |
| | * | |
| Plan Administrator Committee, as Trustee | * | |
| of Plan Trust of Steward Health Care | * | |
| System LLC, *et al.*, | * | |
| | * | |
| Appellees. | * | |
| *    *    *    *    *    * | * | *    *    *    *    *    * |

**MEDIATOR INTERIM STATUS REPORT**

This Court appointed the Mediator by an Order dated February 6, 2026, which intercircuit appointment was subsequently approved by the United States Courts of Appeals for the Fourth and Fifth Circuits. Since that time, the Mediator has been working with counsel and the parties to identify and resolve the parties' disputes, with the objective of reaching a global settlement of all matters pending between the parties.

The Mediator is pleased to report that each party to the Mediation has been participating in good faith and has timely responded to all information and meeting requests from the Mediator. The Mediator continues to meet with the parties on a regular basis and believes that the parties are making progress towards a resolution. Whether the parties will ultimately reach a global settlement

remains to be seen. The Mediator further believes that the parties need additional time in the Mediation to reach their end objective or, alternatively, to determine that a global settlement is not possible.

That said, the Mediator of course defers to this Court's preference on scheduling and the length of the Mediation. The Mediator submits this Interim Status Report solely to keep the Court fully informed on the matters pending before it.

Date:  May 26, 2026

_____
Michelle M. Harner
United States Bankruptcy Judge
District of Maryland

cc: Counsel of Record