**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| STEWARD HEALTH CARE | § | Case No. 24-90123 (CML) |
| SYSTEM LLC, *et al.*, | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |

| | | |
|---|---|---|
| THE COMMONWEALTH OF | § | |
| MASSACHUSETTS, | § | Civil Action No. 25-cv-03754 |
| | § | |
| Appellant, | § | |

| | | |
|---|---|---|
| TRACO INTERNATIONAL GROUP | § | |
| S. DE R.L., | § | Civil Action No. 25-cv-03757 |
| | § | |
| Appellant, | § | |

| | | |
|---|---|---|
| KEVIN M. EPSTEIN, THE UNITED | § | |
| STATES TRUSTEE FOR REGION 7 | § | Civil Action No. 25-cv-03755 |
| | § | |
| Appellant, | § | |

| | | |
|---|---|---|
| DR. MANISHA PUROHIT, *et al.*, | § | |
| | § | Civil Action No. 25-cv-03824 |
| Appellant, | § | |
| | § | |

110089647

DR. MANISHA PUROHIT, *et al.*,        §
                                      §      Civil Action No. 25-cv-03830
        Appellant,                    §
                                      §
                                      §

## NOTICE OF FILING DEMONSTRATIVE

**PLEASE TAKE NOTICE** that the Appellants in the above-captioned appeals have requested that Appellant Commonwealth of Massachusetts (the "Commonwealth") address the Court first at the status conference to be held before the Honorable George C. Hanks, Jr., United States District Judge on May 27, 2026, at 10:30 a.m. prevailing Central Time. In connection with its presentation, the Commonwealth submits the attached Demonstrative, solely for the Court's information.

110089647

Dated: May 26, 2026

Respectfully submitted,

**THE COMMONWEALTH OF MASSACHUSETTS**

By its attorney,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

By: */s/ Andrew M. Troop*
Hugh M. McDonald (NY Bar No. NY2420974, S.D. Tex. Fed. No. 924315)
Special Assistant Attorney General
Andrew M. Troop (MA Bar No. MA547179, S.D. Tex. Fed. No. 3089813)
Special Assistant Attorney General

PILLSBURY WINTHROP SHAW PITTMAN LLP

Andrew V. Alfano (NY Bar No. NY5525241, S.D. Tex. Fed. No. 3879712)
31 West 52nd Street
New York, NY 10019
Tel: 212-858-1000
Fax: 212-858-1500

William D. Wood (Tex. Bar No. 21916500, S.D. Tex. Fed. No. 2002)
L. James Dickinson (Tex. Bar No. 24105805, S.D. Tex. Fed. No. 3611267)
609 Main Street, Suite 2000
Houston, TX 77002
Tel: 713-276-7600
Fax: 713-276-7673

110089647

## CERTIFICATE OF SERVICE

I certify that on May 26, 2026, I caused a copy of the foregoing to be served via the Electronic Case Filing System for the United States District Court for the Southern District of Texas.

*/s/ Andrew M. Troop*
Andrew M. Troop

110089647

**STATUS OF STEWARD APPEALS AND RELATED MOTIONS AS OF MAY 26, 2026**

| Order on Appeal | Appellant(s) | Civil Action No. | Appeal Status |
|---|---|---|---|
| Settlement Order [Bankr. ECF No. 5035] | • The Commonwealth of Massachusetts<br>• TRACO International Group S. de R.L.<br>• Dr. Manisha Purohit, *et al.* | Consolidated cases: 25-cv-02825, 25-cv-02829, 25-cv-02901 | Briefing abated pending resolution of the Motion to Consolidate and Certify (see below) |
| Confirmation Order [Bankr. ECF No. 5774] | • The Commonwealth of Massachusetts<br>• Kevin M. Epstein, the United States Trustee for Region 7<br>• TRACO International Group S. de R.L.<br>• Dr. Manisha Purohit, *et al.* | Unconsolidated cases: 25-cv-03754, 25-cv-03755, 25-cv-03757, 25-cv-03830 | Stipulated opening brief deadline of June 3, 2026 |
| Solicitation Order [Bankr. ECF No. 5036] | • Kevin M. Epstein, the United States Trustee for Region 7 | 25-cv-03755 | |
| Dismissal Order [Bankr. ECF No. 5772] | • Kevin M. Epstein, the United States Trustee for Region 7<br>• Dr. Manisha Purohit, *et al.* | Unconsolidated Cases: 25-cv-03755, 25-cv-03824 | |

| Pending Motion | Movant(s) | Motion, Response, and Reply Docket No. | Motion Status |
|---|---|---|---|
| Motion to Dismiss Settlement Appeals as Moot | Plan Administrator Committee, as trustee of the Plan Trust | Case No. 25-cv-02825, ECF Nos. 22, 24, 28 | Fully briefed and *sub judice* |
| Motion to Consolidate Settlement, Confirmation, Solicitation, and Dismissal Appeals and Certify for Direct Review | The Commonwealth of Massachusetts, TRACO International Group S. de R.L., and Dr. Manisha Purohit, *et al.*[1] | Case No. 25-cv-03754, ECF Nos. 2, 12, 14 | Fully Briefed and *sub judice* |

---

[1] The U.S. Trustee supports the motion to consolidate and takes no position on the motion to certify. ECF No. 2 at 3.

110088095