<u>**HEARING MINUTES**</u>

Cause No:        4:25-cv-03754; 4:25-cv-03755; 4:25-cv-03757; 4:25-cv-03824;

                 4:25-cv-03830

Style:           *Steward Health Care System LLC et al v. Lopez; Epstein; TRACO*
                 *International Group S. De R.L.; Purohit et al; Purohit et al*

Hearing Type:    Status Conference


**Appearances:**

| <u>**Counsel**</u> | <u>**Representing**</u> |
| --- | --- |
| Andrew Troop<br>Hugh McDonald | The Commonwealth of Massachusetts |
| Sumi Kay Sakata | Kevin M. Epstein |
| Greg Silbert | Debtor Appellees |
| Sarah Schultz | Official Committee of Unsecured Creditors |
| Michelle Pahmer | TRACO International Group S. De R.L. |
| Brett Lowe | Class A Trust Beneficiaries |
| Jennifer Novo | Plan Participants |

Date:  May 27, 2026                    Court reporter: ERO – E. Franklin
Time: 10:30 am – 11:43 am              Law Clerk:  E. Robins

At the hearing, the following rulings were made as stated on the record:

The Court held a status conference (Dkt. 34).

The Commonwealth of Massachusetts briefed the Court. The Debtor Appellees briefed the Court. The Court reviewed the demonstrative (Dkt. 36) with the parties.

The Court **ORDERS** the parties to file status reports as discussed on the record **every 45 days**, starting on **Monday, July 13, 2026**.

The Court **ORDERS** the parties to file a joint proposed order abating the merits briefing and staying consideration of pending motions **by Monday, June 1, 2026.**

Any parties that feel their appeal should be considered while mediation is ongoing may file a motion asserting such on **Monday, July 13, 2026**.

The parties discussed the Motion of the Official Committee of Unsecured Creditors to Amend Meditation Order (Case No. 25-3754, Dkt. 26). The Court **DENIES** this Motion (Dkt. 26) **without prejudice** to being reasserted with the next status report.