**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Steward Health Care System LLC, *et al.*, | * | Case No. 24-90213-CML |
| | * | |
| Debtors. | * | Chapter 11 (Jointly Administered) |
| *    *    *    *    *    * | * | *    *    *    *    *    * |
| The Commonwealth of Massachusetts, | * | |
| | * | |
| Appellant, | * | |
| v. | * | Civil Action No. 4:25-cv-03754 |
| | * | |
| Plan Administrator Committee, as Trustee | * | |
| of Plan Trust of Steward Health Care | * | |
| System LLC, *et al.*, | * | |
| | * | |
| Appellees. | * | |
| *    *    *    *    *    * | * | *    *    *    *    *    * |

**MEDIATOR'S SECOND INTERIM STATUS REPORT**

This Court appointed the Mediator by an Order dated February 6, 2026, which inter-circuit appointment was subsequently approved by the United States Courts of Appeals for the Fourth and Fifth Circuits. Since that time, the Mediator has been working with counsel and the parties to the mediation with the Commonwealth of Massachusetts (the "**Massachusetts Mediation**") to identify and resolve the parties' disputes, with the objective of reaching a global settlement of all matters pending between the parties. The Mediator filed her first interim status report on May 26, 2026. The Mediator is filing this status report pursuant to the Court's *Order Abating Merits Briefing, Deferring Consideration of Certain Pending Motions, and Requiring Status Reports* (Docket No. 42).

The parties to the Massachusetts Mediation continue to engage in good faith discussions and the exchange of relevant information. Most recently, the Commonwealth of Massachusetts and the Trustees exchanged constructive settlement proposals. Although there is still work to do on these proposals, the parties are working to better understand their respective positions and build consensus where possible. The Mediator has been directly involved in these discussions and can report that progress is in fact being made. The Mediator has also been talking with counsel to the Class A Beneficiaries and the Official Committee of Unsecured Creditors to keep the parties apprised of developments and to help facilitate conversations among all the parties at the appropriate time in the Massachusetts Mediation.

Considering the foregoing, the Mediator believes that the parties need additional time in the Massachusetts Mediation to reach their end objective or, alternatively, to determine that a global settlement is not possible. The Mediator notes that she currently does not contemplate the Massachusetts Mediation extending beyond September 11, 2026. That said, the Mediator of course defers to this Court's preference on scheduling and the length of the Massachusetts Mediation.

In addition to the Massachusetts Mediation, on July 2, 2026, the Bankruptcy Court entered a stipulation and consent order appointing me to serve as Mediator with respect to certain disputes involving TRACO International Group S. De RL (Bankr. Docket No. 6640).

The Mediator submits this Second Interim Status Report solely to keep the Court fully informed on the matters pending before it.

 Date:  July 13, 2026

Michelle M. Harner
United States Bankruptcy Judge
District of Maryland

2