**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Steward Health Care System LLC, *et al.*, | * | Case No. 24-90213-CML |
| | * | |
| Debtors. | * | Chapter 11 (Jointly Administered) |
| * * * * * * | * | * * * * * * |
| The Commonwealth of Massachusetts, | * | |
| | * | |
| Appellant, | * | |
| v. | * | Civil Action No. 4:25-cv-03754 |
| | * | |
| Plan Administrator Committee, as Trustee | * | |
| of Plan Trust of Steward Health Care | * | |
| System LLC, *et al.*, | * | |
| | * | |
| Appellees. | * | |
| * * * * * * | * | * * * * * * |

**MEDIATOR'S THIRD INTERIM STATUS REPORT**

This Court appointed the Mediator by an Order dated February 6, 2026, which intercircuit appointment was subsequently approved by the United States Courts of Appeals for the Fourth and Fifth Circuits. Since that time, the Mediator has been working with counsel and the parties to identify and resolve the parties' disputes, with the objective of reaching a global settlement of all matters pending between the parties. The Mediator filed her first interim status report on May 26, 2026, and her second interim status report on July 10, 2026.

The parties continue to engage in good faith discussions and the exchange of relevant information. The parties have made significant progress towards a resolution since the Mediator's second interim status report to this Court. In fact, the Mediator knows of only a few issues that

remain unresolved. Although there is a possibility that these issues preclude a final resolution, the Mediator believes that the parties would benefit from additional time to complete the mediation. The Mediator will continue to encourage frequent conversations regarding, and a prompt resolution of, these remaining issues.

The Mediator further notes that the term of her intercircuit appointment expires on September 11, 2026. The Mediator believes that the parties should know by that time whether a final resolution can be achieved, but the entirety of the settlement process (including the documentation of the settlement, the filing of the appropriate motions, and the necessary court approvals) will not be complete. The Mediator is willing to continue to serve, at this Court's discretion, beyond September 11, 2026, provided an extension of the appointment is permitted.

Regardless, the Mediator will supplement this report if the parties reach a final resolution and will provide any additional reports requested by the Court.

Date: August 27, 2026

Michelle M. Harner
United States Bankruptcy Judge
District of Maryland

cc: Counsel of Record