**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Steward Health Care System LLC, *et al.*, | * | Case No. 24-90213-CML |
| | * | |
| Debtors. | * | Chapter 11 (Jointly Administered) |
| * * * * * * | * | * * * * * * |
| The Commonwealth of Massachusetts, | * | |
| | * | |
| Appellant, | * | |
| v. | * | Civil Action No. 4:25-cv-03754 |
| | * | |
| Plan Administrator Committee, as Trustee of Plan Trust of Steward Health Care System LLC, *et al.*, | * | |
| | * | |
| | * | |
| | * | |
| Appellees. | * | |
| * * * * * * | * | * * * * * * |

**MEDIATOR'S FOURTH INTERIM STATUS REPORT (PARTIES TO MEDIATION)**

This Court appointed the Mediator by an Order dated February 6, 2026, which intercircuit appointment was subsequently approved by the United States Courts of Appeals for the Fourth and Fifth Circuits.[1] The Mediator has been working with counsel and the parties to identify and resolve the parties' disputes, with the objective of reaching a global settlement of all matters pending between the parties. The Mediator had filed Interim Status Reports with the Court on May 26, 2026, July 13, 2026, and August 27, 2026 (the "August Interim Report").

[1] The United States Court of Appeals for the Fifth Circuit approved the continuation of the Mediator's appointment through January 2027, pursuant to a July 2026 Order.

Since the August Interim Report, the Mediator has continued to work with the parties to the mediation and to coordinate the sharing of information among those parties, as well as with counsel to the Official Committee of Unsecured Creditors (the "Committee"). All parties have cooperated and been actively engaged in mediation discussions. The parties have, as a result, been able to resolve several issues and have made substantial additional progress towards a global resolution.

To that end, the Mediator is also pleased to report that the SHC Creditor Litigation Trust and the trustee thereof, Mark Kronfeld; the SHC Plan Administrator Trust and the trustee thereof, the SHC Plan Administrator Committee, and the sole members thereof, Monica Blacker, Alan J. Carr, and William Transier; the Executive Office of Health and Human Services of the Commonwealth of Massachusetts; and the Office of the Attorney General of the Commonwealth of Massachusetts have exchanged drafts of a proposed settlement agreement. The key terms of that proposed agreement have been shared with counsel to the Class A Trust Beneficiaries and the Committee. The parties are in the process of reviewing that agreement and discussing next steps.

The Mediator will provide a further interim report should circumstances change or the parties need guidance from the Court. Otherwise, the Mediator will file her next report in due course.

Date: October 13, 2026

Michelle M. Harner
United States Bankruptcy Judge
District of Maryland

cc: Counsel of Record