**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Steward Health Care System LLC, *et al.*, | * | Case No. 24-90213-CML |
| | * | |
| Debtors. | * | Chapter 11 (Jointly Administered) |
| * * * * * * | * | * * * * * * |
| The Commonwealth of Massachusetts, | * | |
| | * | |
| Appellant, | * | |
| v. | * | Civil Action No. 4:25-cv-03754 |
| | * | |
| Plan Administrator Committee, as Trustee | * | |
| of Plan Trust of Steward Health Care | * | |
| System LLC, *et al.*, | * | |
| | * | |
| Appellees. | * | |
| * * * * * * | * | * * * * * * |

**MEDIATOR'S FINAL REPORT**

This Court appointed the Mediator by an Order dated February 6, 2026, which intercircuit appointment was subsequently approved by the United States Courts of Appeals for the Fourth and Fifth Circuits.[1] The Mediator has been working with counsel and the parties to identify and resolve the parties' disputes, with the objective of reaching a global settlement of all matters pending between the parties. The Mediator filed Interim Status Reports with the Court on May 26, 2026, July 13, 2026, August 27, 2026, and October 13, 2026 (the "October Interim Report").

[1] The United States Court of Appeals for the Fifth Circuit approved the continuation of the Mediator's appointment through January 2027, pursuant to a July 2026 Order.

Since the October Interim Report, the Mediator has continued to work with the parties to the mediation and to coordinate the sharing of information among those parties, as well as with counsel to the Official Committee of Unsecured Creditors. All parties have cooperated and been actively engaged in mediation discussions. The Mediator is pleased to report that, as a result, the parties have reached a global resolution.

The parties will be filing the necessary and appropriate papers with the Bankruptcy Court today. Those papers will set forth the terms of the global resolution and, accordingly, the mediation is hereby terminated. Once the settlement is approved by a final order of the Bankruptcy Court, the parties will take appropriate action to terminate the appeals in this Court as between them (but not for any other appellant) and to dismiss pending motions, objections and as applicable adversary proceedings, in this Court and the Bankruptcy Court..

The Mediator's services for this particular mediation are now complete. The Mediator has been honored to serve.

Date: November 25, 2026

Michelle M. Harner
United States Bankruptcy Judge
District of Maryland

cc: Counsel of Record